IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DR. JUAN CRISTIAN PEREZ-OLMOS,<br><br>**Plaintiff,**<br><br>v.<br><br>MAYAGUEZ MEDICAL CENTER,<br><br>**Defendant.** | CIVIL NO. 21-1518(JAG) |

# JUDGMENT

Pursuant to Plaintiff's Notice of Voluntary Dismissal, Docket No. 7, Judgment is hereby entered DISMISSING WITHOUT PREJUDICE Plaintiff's Complaint. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Monday, January 31, 2022.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE